1  SHELLIE LOTT, SBN:  246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Linda Ziskin, SBN:  196293
   Ziskin Law Office
6  PO Box 753833
7  Las Vegas, NV 89136
   Telephone:  (503) 889-0472
8  Facsimile:  (888) 889-5776

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

12

13  NUTH PHEAKDEY PIN,                  No.  2:15-cv-02450-EFB

14           Plaintiff,
                                        **STIPULATION AND [proposed] ORDER
15       v.                             EXTENDING PLAINTIFF'S TIME TO
                                        FILE A MOTION FOR SUMMARY
16  CAROLYN W. COLVIN,                  JUDGMENT**
    Acting Commissioner of Social Security
17
             Defendant.
18

19
        IT IS HEREBY STIPULATED by and between the parties, through their respective
20
    undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For
21
    Summary Judgment in the above-referenced case is hereby extended from the present due date of
22
    April 28, 2016, by forty-five days, to the new due date of June 13, 2016, **and all other deadlines
23
    be extended accordingly**.  This extension is requested because the writer will be out of town
24
    visiting family for religious holiday.
25

26

27

28
                                               1

| | |
|---|---|
| DATED:  April 19, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Chantal R. Jenkins*<br>CHANTAL R. JENKINS,<br>(As authorized via E-mail on 04/19/2016)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

## O R D E R

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before June 13, 2016.

SO ORDERED.

DATED:  April 20, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2